IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WYATT GRAFF,<br><br>    Plaintiff,<br><br>v.<br><br>THE SAVANNAH COLLEGE OF<br>ART AND DESIGN, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:20-CV-04557-MLB-LTW |

## MAGISTRATE JUDGE'S ORDER

This case has been stayed pending a resolution of Plaintiff's claims via binding arbitration. [Doc. 10]. Therefore, it is not necessary that the action remain on the Court's calendar.

Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case. Either party may reopen the case at any time.

**IT IS SO ORDERED**, this **13** day of April, 2021.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE